IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13

Lamont  Ragsdale, Sr.               : Case No. 19-15202

    Debtor(s)

NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE

The Meeting of Creditors has been rescheduled for **October 16, 2019** at **11:30AM** at the following location:

Chapter 13 Meeting Room
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated: September 10, 2019