Certificate Number: 05781-PAE-DE-033492977

Bankruptcy Case Number: 19-15202



05781-PAE-DE-033492977

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2019, at 5:04 o'clock PM PDT, Lamont Ragsdale completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 1, 2019            By:   /s/Allison M Geving

                                   Name: Allison M Geving

                                   Title: President