IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Lamont Ragsdale, Sr. ) <br> Debtor ) <br> ) <br> ) | Chapter 13 <br><br> No. 19-15202-AMC |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date:12/4/19