IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Lamont Ragsdale, Sr. | : | No. 19-15202-AMC |
| Debtor | : | |

### ANSWER TO MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted,

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied.

10. Admitted.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated: 4/21/20

### CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of Specialized Loan Servicing, LLC.
Bkgroup@kmllawgroup.com

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 4/21/20