United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15202-amc
Lamont Ragsdale, Sr.                                                      Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Lisa              Page 1 of 2          Date Rcvd: Aug 10, 2020
                               Form ID: 152            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
db              +Lamont Ragsdale, Sr.,    79 W Sharpnack Street,    Philadelphia, PA 19119-2722
14376285        +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
14381109        +Deutsche Bank National Trust Company, as Trustee o,    C/O KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
14404755        +Deutsche Bank National Trust Company, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
14376290        +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14376291        +Medical Data Systems Inc,    Attn: Bankruptcy Dept,    2001 9th Ave Ste 312,
                 Vero Beach, FL 32960-6413
14376292        +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Aug 11 2020 05:12:44    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBINCNOTICE1@state.pa.us Aug 11 2020 05:12:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2020 05:12:42    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14376286         E-mail/Text: megan.harper@phila.gov Aug 11 2020 05:12:44    City of Philadelphia,
                 Law Dept Tax Unit,    Bankruptcy Group MSB,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1595
14463693         E-mail/Text: megan.harper@phila.gov Aug 11 2020 05:12:44
                 City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14376285        +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 11 2020 05:12:23    Carrington Mortgage Services,
                 Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
14376287        +E-mail/Text: convergent@ebn.phinsolutions.com Aug 11 2020 05:12:42
                 Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
14376288        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 11 2020 05:12:51
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
14404755        +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 11 2020 05:12:23
                 Deutsche Bank National Trust Company, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
14376293        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 11 2020 05:12:22
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                              TOTAL: 10

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14376289         Driver Solutions, Llc
                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
            DAVID M. OFFEN   on behalf of Debtor Lamont  Ragsdale, Sr. dmo160west@gmail.com,
            davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
            JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
            ecfemails@ph13trustee.com

District/off: 0313-2          User: Lisa              Page 2 of 2          Date Rcvd: Aug 10, 2020
                             Form ID: 152             Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
          Vendee Mortgage Trust 2008-1 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
          Vendee Mortgage Trust 2008-1 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Lamont Ragsdale, Sr.

      Debtor(s)

Case No: 19–15202–amc

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/6/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

45
Form 152