United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 19-15202-amc

Lamont Ragsdale, Sr.                                                                                 Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Lisa | Page 1 of 2 |
| Date Rcvd: Oct 06, 2020 | Form ID: 155 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

**Recip ID        Recipient Name and Address**
db               +  Lamont Ragsdale, Sr., 79 W Sharpnack Street, Philadelphia, PA 19119-2722

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

**Name**                  **Email Address**

DAVID M. OFFEN
        on behalf of Debtor Lamont Ragsdale  Sr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JACK K. MILLER
        on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JOSHUA I. GOLDMAN
        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee of Vendee Mortgage Trust 2008-1 Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

KEVIN G. MCDONALD
        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee of Vendee Mortgage Trust 2008-1 bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee of Vendee Mortgage Trust 2008-1

| | | |
|---|---|---|
| District/off: 0313-2 | User: Lisa | Page 2 of 2 |
| Date Rcvd: Oct 06, 2020 | Form ID: 155 | Total Noticed: 1 |

bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lamont Ragsdale, Sr.
      Debtor(s)                                        Chapter: 13

                                                              Bankruptcy No: 19−15202−amc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 6, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Ashely M. Chan
                                                        Judge ,
                                                        United States Bankruptcy Court

                                                                                    48
                                                                      Form 155