**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 19-15202-AMC

LAMONT RAGSDALE, SR.

79 W SHARPNACK STREET

PHILADELPHIA, PA 19119-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LAMONT RAGSDALE, SR.

    79 W SHARPNACK STREET

    PHILADELPHIA, PA 19119-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 9/8/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee