**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LAMONT RAGSDALE, SR. | Chapter 13 |
| Debtor | Bankruptcy No. 19-15202-AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: December 7, 2021

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
LAMONT  RAGSDALE, SR.

79 W SHARPNACK STREET

PHILADELPHIA, PA 19119-